IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| R.E.I. TRANSPORT, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 05-CV-57-GPM |
| C.H. ROBINSON WORLDWIDE, INC., | ) |
| Defendant, | ) |
| FIRST NATIONAL BANK of WATERLOO, | ) |
| Citation Respondent. | ) |

**ORDER**

Before the court is C.H. Robinson Worldwide, Inc.'s Motion For Turnover of Funds **(Doc. 149)**. Neither the respondent bank nor R.E.I. Transport have responded to the motion, and the time for doing so has now expired.

The court notes that Chief Judge Murphy has denied R.E.I. Transport's Motion for Stay of Execution. **See, Doc. 163.**

Upon consideration and for good cause shown, C.H. Robinson Worldwide, Inc.'s Motion For Turnover of Funds **(Doc. 149)** is **GRANTED as follows**:

1. Citation Respondent First National Bank of Waterloo is ordered to turn over funds of the judgment debtor, R.E.I. Transport, Inc., that it is currently holding pursuant to a served citation in the amount of $2,274.50.

2. Said funds shall be turned over to C.H. Robinson Worldwide, Inc. through its attorneys, to satisfy in part the judgment entered herein at **Doc. 128.**

**IT IS SO ORDERED.**

**DATE: August 14, 2007.**     **s/ Clifford J. Proud**
**CLIFFORD J. PROUD**
**UNITED STATES MAGISTRATE JUDGE**